AO 245B (CASDRev. 08/13) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2015 MAY 13 PM 4: 11

~~DISTRICT COURT~~
~~SOUTHERN DISTRICT OF CALIFORNIA~~

UNITED STATES OF AMERICA

v.

FERNANDO VELASQUEZ-ESCALANTE (1)
also known as: Fernando Escalante Velasquez

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number:   15CR7015-H BY ——— *np* DEPUTY

Gary Paul Burcham
Defendant's Attorney

**REGISTRATION NO.**   38062-008

☐

☒ admitted guilt to violation of allegation(s)   A and B (District of Arizona Petition to Revoke Supervised Release)

☐ was found guilty in violation of allegation(s) _____ after denial of guilty.

**Accordingly**, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Letter | Nature of Violation |
|---|---|
| A | nv1, Committed a federal, state, or local offense |
| B | nv35, Illegal entry into the United States |

Supervised Release is revoked and the defendant is sentenced as provided in page 2 through **2** of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

May 11, 2015
Date of Imposition of Sentence

HON. MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

15CR7015-H

AO 245B (CASD Rev. 08/13) Judgment in a Criminal Case for Revocations

| | | |
|---|---|---|
| DEFENDANT: | FERNANDO VELASQUEZ-ESCALANTE (1) | Judgment - Page **2** of **2** |
| CASE NUMBER: | 15CR7015-H | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
24 MONTHS AS FOLLOWS:
12 MONTHS TO RUN CONSECUTIVE TO SENTENCE IMPOSED IN CASE 14CR2418-H.
12 MONTHS TO RUN CONCURRENT WITH SENTENCE IMPOSED IN CASE 14CR2418-H.

☐   Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____ A.M.    on _____

     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   on or before

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

15CR7015-H